IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

IN THE MATTER OF:

MANDATORY FILING OF DOCUMENTS BY     MISC. NO.
ELECTRONIC MEANS

<u>ORDER</u>

On June 18, 2007, the Court promulgated Local Rule of Civil Procedure 5.4, which addressed procedures for the Electronic Filing System in civil matters. <u>See</u> June 18, 2007, General Order In Re Amendments to the Local Rules of Civil Procedure.  At the same time, the Court established electronic filing procedures applicable to all civil and criminal cases. <u>See</u> District Court of the V.I. Electronic Case Files User Manual at http://vid.uscourts.gov.

Local Rule of Criminal Procedure 1.2 makes the Local Rules of Civil Procedure applicable to the general procedures that attend criminal matters.

Accordingly, it is hereby

ORDERED that, effective December 14, 2007, all criminal cases are assigned to the Electronic Filing System; and

IT IS FURTHER ORDERED that Local Rule of Civil Procedure 5.4 shall apply to all criminal matters.

Dated: December 12, 2007     s/_____
                                CURTIS V. GÓMEZ
                                Chief Judge

Dated: December 12, 2007     s/_____
                                RAYMOND L. FINCH
                                Judge